Order entered February 12, 2021



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00343-CV

## IN THE INTEREST OF B.W.S., A MINOR CHILD

**On Appeal from the 470th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 470-51685-2010**

## ORDER

Before the Court is appellee's February 11, 2021 unopposed second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than March 15, 2021. We caution that further extension requests will be disfavored.

/s/    KEN MOLBERG
          JUSTICE